UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY PECK, Acting Regional Director of Region 20 of the National Labor Relations Board, for and on behalf of the NATIONAL LABOR RELATIONS BOARD,<br><br>                      Petitioner,<br><br>vs.<br><br>HORIZONS YOUTH SERVICES, LLC<br><br>                      Respondent. | Civil No. 2:09-cv-1600<br><br>ORDER TO SHOW CAUSE |

The Petition and Administrative Complaint of Timothy Peck, Acting Regional Director of Region 20 of the National Labor Relations Board, herein called the Board, having been filed in this Court pursuant to Section 10(j) of the National Labor Relations Act, as amended [29 U.S.C. § 160(j)], herein called the Act, praying for an order directing Horizons Youth Services, LLC, herein called Respondent, to show cause why a temporary injunction should not be granted as prayed for in said petition pending the final disposition of the administrative matters herein involved now pending before said Board in Board Case 20-CA-34068, good cause appearing therefor,

PDF created with pdfFactory trial version www.pdffactory.com

IT IS ORDERED that Respondent appear before this Court at the United States Court house in Sacramento, California, on the 1st day of July, 2009, at 1:30 p.m., or as soon thereafter as counsel can be heard, and then and there show cause, if any there be, why, pending the final disposition of the administrative proceedings now pending before the Board in Board Case 20-CA-34068, Respondent, its officers, representatives, supervisors, agents, servants, employees, attorneys, and all persons acting on its behalf or in participation with it, should not be temporarily enjoined and restrained under Section 10(j) of the Act, as prayed in said Petition; and

IT IS FURTHER ORDERED that Respondent file an Answer to the allegations of said Petition, together with any affidavits, declarations, and exhibits in support of said Answer that are limited to the issue of the equitable necessity of injunctive relief, with the Clerk of this Court, and serve copies thereof upon Petitioner at his office located at 901 Market Street, Suite 400, San Francisco, California, to be received on or before 5:00 p.m., the 19th day of June, 2009, and that Petitioner may file and serve rebuttal affidavits, declarations, and exhibits on or before 5:00 p.m. on the 24th day of June. 2009.  Pursuant to Rule 78-230(i) of the Local Rules of this Court and pursuant to the Order of this Court, all evidence shall consist of the transcript and exhibits of the administrative hearing before an Administrative Law Judge of the National Labor Relations Board, affidavits/declarations concerning irreparable harm, and no oral testimony will be heard unless otherwise ordered by the Court; and

IT IS FURTHER ORDERED that service of copies of this Order, together with copies of the Petition, be made forthwith upon Respondent or upon its counsel of record in Board Case 20-CA-34068 in any manner provided in the Federal Rules of Civil Procedure, for the United States District Courts, by electronic facsimile transmission or by certified mail, and that proof of such service be filed with the Court.

Order to Show Cause
Page 2

PDF created with pdfFactory trial version www.pdffactory.com

1  ORDERED this 11th day of June, 2009, at Sacramento, California.

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Order to Show Cause
Page 3

PDF created with pdfFactory trial version www.pdffactory.com